IN THE UNITED STATES DISTRICT COURT

FOR THE EASTER DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **LOUIS NEPTUNE** | : | |
| Plaintiff | : | **AMENDED COMPLAINT** |
| Pro se | : | |
| v. | : | **CIVIL CASE** |
| | : | **3:17-cv-12057-BRM-LHG** |
| **MIDDLESEX COUNTY PROSECUTORS OFFICE** | : | |
| **MIDDLESEX COUNTY SHERIFF'S OFFICE ,** | : | |
| **MIDDLESEX COUNTY, ANDREW CAREY** | : | |
| **ANDREW CHARLES CAREY, DIANE PINCUS,** | : | |
| **MARCIA SILVA, MILDRED SCOTT, PHIL MURPHY** | : | |
| **DEBRA VEZENIA, LINDA LANG INFUSINO,** | : | |
| **PLAINSBORO (BRANDON),  RONALD RIOS** | : | |
| **AS AN INDIVIDUAL AND IN OFFICIAL CAPACITY** | : | |

Diane Pincus, Robert Kirsch, Marcia Silva took an oath to uphold the constitution and follow their Judicial Canons. These are the Canons they violated with no accountability. Andrew Carey took an oath to uphold the constitution as well. Carey and Silva conspired to frame me for something I didn't commit rather then dismiss these fake charges Pincus and Kirsch kept delaying the case and accusing me of sexually assaulting my daughter to get an violent response out of me so they can blackmail me to take a plea for something I didn't do.

The reason I was arrested is because Carey had a fake mugshot with my name, social security number and wrong birthday (3/26/76 I was born in 72). Carey used that fake mugshot (He got my name social from Allan at Tristate Motor Group) to get a warrant to eavesdrop on my calls. Silva knows exactly what I looked like from head to toe so she knew the picture was false. In order to cover their illegal behavior Silva and Carey fabricated a charge, planted evidence, conspired with the clerk to make sure Pincus got the case and Carey now has my actual picture that he's currently sending to his friends in law enforcement (city, county, state, federal) to harass me and my family. Carey had multiple warrants with my name to listen in on my calls because he and Silva have been working behind the scenes to have me murdered so the (he owes child support, has or had warrants, etc.) narrative can be spewed thru the Star-Ledger.

How many cases has Carey committed this type of fraud with? Get the suspects social and Carey have his go to Judge sign a warrant so the suspects conversation including private conversations with his lawyer can be monitored and used against them in court without the lawyers or defendant knowing anything about it.

Carey and Silva have put a hit out on me to silence me to cover up their method of investigating crimes in Middlesex County. I was warned if my name comes up on any docket in NJ (municipal or Superior Court the word is out to screw me over by any means necessary).

Diane Pincus sent this fake case to Union County and Robert Kirsch was assigned this case by the clerk Union County. Kirsch whom I respected before for obvious reasons accused me of molesting my daughter, told me I could face 5 years in jail for being charged with 3 counts of forgery in the 3rd degree. Kirsch recognize me BTW.

## N.J.S.2C:20-1.

*b.Grading of forgery. Forgery is a crime of the third degree if the writing is or purports to be part of an issue of money, securities, postage or revenue stamps, or other instruments, certificates or licenses issued by the government, New Jersey Prescription Blanks as referred to in R.S.45:14-14, or part of an issue of stock, bonds or other instruments representing interest in or claims against any property or enterprise, personal identifying information or an access device. Forgery is a crime of the third degree if the writing is or purports to be a check. Forgery is a crime of the third degree if the writing is or purports to be 15 or more forged or altered retail sales receipts or universal product code labels.*

**This is a Civil Rights complaint for declaratory, injunctive and other appropriate relief brought by Plaintiff, Louis Neptune, a United States citizen, appearing pro se. Mr. Neptune brings this complaint for violations of his individual and associational rights under the Fourth, Fifth, Ninth Amendments to the United States Constitution, in violation of 42 U.S.C. 1983.**

The 6th Amendment secures the accused the right to face all witnesses against him. Therefore, this law requires the "Plaintiff" (injured party) be a physical human being that can be cross examined. The only time an attorney can act without a human "Plaintiff" is in the case of "murder". All other cases require the "Plaintiff" be present in court. The individual accused of a crime must violate the life, liberty or property of another individual.

If "Prosecutor" can not produce an "injured party" demand dismissal of complaint for lack of injured party. The court has no "jurisdiction" to proceed.  Diane Pincus ignored Emily Gosnell's oral argument and used unnecessary delays to get me to take a plea for a fabricated charge. There was no crime, Silva, Carey and Pincus had no jurisdiction, have zero immunity and must be held accountable.

Norton v. Shelby County, 118 U.S. 425 p. 442 "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

As an American Citizen my rights that are protected under the constitution were clearly violated by Plaintiffs listed in my complaint.

4th Amendment: Citizens cannot be forced to subject themselves to seizure and search without a search warrant and probable cause.

5th Amendment: Prohibits abuse of governmental authority in legal procedures. Establishes rules for indictment by eminent domain and grand jury. Guarantees the due process rights. Protects citizens from self-incrimination and double jeopardy.

9th Amendment: Reserves the rights of citizens which are not specifically mentioned by the U.S. Constitution. "Our rulers can have no authority over natural rights, only as we have submitted to them. The rights of conscience we never submitted.  We are answerable for them to our God.  The legitimate powers of government extend to such acts only as injurious to others."  -- Thomas Jefferson

"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."  -- Constitution for the United States of America, Ninth Amendment

*"The right of the people to be secure in their persons, houses, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

3 of 11

The charges didn't merit the fabricated crime. Everyone was determined to cover up Carey and Silva's criminal behavior rather then uphold their oath. Kirsch dismissed the charges finally but changed my birthday on my mugshot to 1976. This was done intentionally to help Silva and Carey cover up their criminal acts of using my social security number from Allan at TriState Motor Group to setup a mugshot to get a warrant to eavesdrop on my calls, email, etc. Please see Exhibit A. Kirsch use to work with Carey in Newark for over 4 years and is related to Silva's husband David Stahl thru marriage (Dannielle Stahl married to David Kirsch).

*To establish a "crime" has been committed, there must be present evidence that you "injured" another human being or damage his/her property.   This is "Fraud" 18 USC 1001 for any attorney to present these fake crimes, without injured party, claiming authority to prosecute. When a "PlaintifOf" can not be cross examined, no judge can prove due process of law was administered. "Conspiracy against rights" 18 USC 241 of the "Prosecutor" and "Judge" acting in "Prosecutorial Misconduct" in "Conspiracy to convict" must be reported to the proper authority. Failure of that authority to prosecute the "Attorney" and "Judge" is "Misprision of Felony" 18 USC 4.*

Who is the injured human being and who's property I damaged? An government is a legal fiction and has no rights and cannot be an injured party.  If the Plaintiffs can't present an injured party to this case this means they willfully used the courts to engage in criminal behavior I'm asking the courts to compel the defendents to award the Plaintiff damages for the amount listed in this complaint.

ALL JUDGES MUST UPHOLD THE CONSTITUTION AND THEIR CODE OF JUDICIAL CONDUCT:

Kirsch, Pincus, Silva willfully ignored their Oath and ignored their Code of Judicial Conduct as judges. They knew I didn't submit any document they were trying to help Carey cover his tracks. 9,000+ cases have gone thru Middlesex while Carey is prosecutor, how many fake mugshots did Carey use to get warrants to eavesdrop on people and their lawyers? HIGHLY ILLEGAL AND UNETHICAL.

**CODE OF JUDICIAL:** Canon 1. A Judge Should Uphold the Integrity and Independence of the Judiciary . Canon 2. A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities . Canon 3. A Judge Should Perform the Duties of Judicial Office Impartially and Diligently

4 of 11

## MARCIA SILVA

1. Marcia Silva gave a statement under penalty of perjury that I submitted altered/forged document to family court from Georgia Child Services. Marcia Silva accused me of a crime means she's acting outside her scope as a judge and doesn't have any immunity.
2. Silva and I knew each other from Match.com in and around 2014. Silva disappeared after she asked me if I've ever lived in Somerville or Somerset County.
3. There was mugshot with my name and social but the birthday was 3/26/1976 I was born in 1972. I saw the mugshot because Linda Lang Infusino thought it was me and showed me this mugshot. I asked her if it looks like me because the individual had dreads she looked an asked me do I know this person.
4. Silva in 2014 use to work for Andrew Carey as an Assistant Prosecutor. Silva and Carey framed me for a crime I didn't commit. Carey needed my mugshot and is now sending it to law enforcement (county, state, federal) to harass and paint a false narrative about me. Silva and Carey conspired with the clerk to get the case assigned to Diane Pincus and removed the black kid (I forgot his name) and put Keith Abrams on this case. Diane Pincus then sent this case to Union County, NJ. Carey conspired with the clerk in Union County to get this case assigned to Robert Kirsch, and Freda Wolfson (Jewish). Carey and Silva are using their positions to harass me, my mother, my son and to violate my constitutional rights.

I never submitted any altered documents to Family Court. Marcia Silva used government computer to run my name (LOVEINT) and knew that Carey had put my social security number on someone mugshot and failed to report it. Silva saw the picture wasn't me because Silva knows what I look like from head to toe. Carey had a fake mugshot with my social (Carey got my social security number from Allan at Tristate Motor Group) and personal information. Carey used this to get a warrant to listen in on my calls because of my comment on Diahlo Grant and I filed a complaint against him about Tristate Motor Group. Silva and Carey continues to have his friends in Newark listening in on my calls under the guise of a criminal investigation. This makes it easy to blame the victim after I'm shot in the back.

1. Silva's custody order is void ab initio. **All laws which are repugnant to the Constitution are null and void." Marbury v. Madison, 5 U.S. 137 (1803)**
She and I knew each other very well even though she was married to David Stahl at the time. I apologize for what I said about Stahl. He's a great guy and I appreciate the words he told me that day on the phone.
2. Marcia Silva told me her name was Marcia Maltez.
3. She sent my custody case to Georgia (no one filed a motion). I now have 2 child support orders in different states. I contacted child support in Georgia and they stated my personal information was incorrect and to contact Middlesex County. Middlesex County is refusing to follow the multiple Supreme Court rulings and to void Marcia Silva order due to lack of jurisdiction, violation of due process, fraud committed by Marcia Silva.

4. Silva and Carey are engaged in Victim Characters assassination because the 2 of them are trying to hide their criminal behavior. Silva is discussing this case with other people to cover her, Kirsch, Pincus and Carey's criminal behavior.

Silva's behavior spilled over to harassing my mother. Silva had Morielli call my mother incessantly. When I finally got in touch with him he told me I needed to come to family court. I asked him who filed a motion or to call my lawyer. His response was to come to Silvas chambers, I'll be in and out or I could be in big trouble. Since I'm not on the docket the plan was to kidnap me and Middlesex County would deny I'm in the jail.

I was also in Silvas chambers when she had a deputy standing behind me with his right hand on his gun (I walked thru a metal detector means I'm unarmed). All her staff were there and another deputy that I can identify by picture was there as well. This coward with a badge was ready to use deadly force knowing Carey would have his racist mouthpiece spew misinformation to the public thru theStar Ledger. This coward was ready to shoot me in the back so he could get 2 weeks off with pay courtesy of Andrew Charles Carey. If I'm dead no one knows what Carey has done and how many other cases has he gotten wiretapping warrants using fake mugshots.

On the day Silva sent the Custody order to Georgia even though no one filed a motion her deputy assaulted me by yanking my left arm really hard. I'm 5'11 200+lbs well capable of not allowing any man to put their hands on me. I tried to get his name to file a complaint but I was denied that opportunity by Carey and Mildred Scotts office.

I'm requesting Silva who was acting outside her capacity as a judge when she framed me for a crime I didn't commit (Silva was the complaining witness), recruit Pincus to perpetuate her and Carey's official misconduct and their perverse use of the judicial system to harass me and my family.

## ANDREW CAREY

*Our criminal justice system depends on honesty. It's also based on the principle that people who do wrong should be punished. Prosecutors have only "qualified immunity" for certain investigative acts. Andrew Charles Carey along with Marcia Silva have conspired to violated my fourth, fifth, eighth, ninth, fourteenth and the eighteenth amendments. Carey put my social security number on a random mugshot to get a judge to sign a warrant so he can eavesdrop on my calls.*

1. Andrew Carey and I had an interaction in 2013 or 14. I brought a car from TriState Motor Group. This dealership was committing fraud by selling used cars with cracked engines to the public. I was instructed by the US Attorney to contact the prosecutors office and to file a complaint.

Carey had a financial interest in the dealership so he got my social from Allan at Tristate Motor group and ran my name. Carey put my social in a random mugshot to get a warrant to listen in on my calls, email, etc. I left a message with Denoswicz to have Carey call me back ( I ran into Carey and Denowicz at WAWA on Rt 33). Carey called me and berated me on the phone so I in turn filed a complaint against him by initially contacting Ronald Rios and others. Carey had a financial interest in this dealership such as Carey's wife being the attorney of record, etc.

2. I also posted a comment about the shooting death of Diahlo Grant on an online post. Carey then tracked me thru my IP address and in turn took said mugshot and got his go to judge to sign a warrant so he can eavesdrop on my calls under false pretenses. The fake arrest on September 3. 2016 was a way for Carey to get my fingerprints and actual mugshot so he could send to law enforcement so that I can be harassed anywhere I go in the country.

3. Andrew Carey and company have been listening in on my calls for years now and I said nothing. On 9.8.18 on or around 11AM I called a lady friend and we both heard someone dropping then fumbling and clicking on a recorder then I could hear the person speaking in the background. This lady friend had no idea what the noise was but I did. I know Carey has his white supremacy friends in law enforcement gang stalking me and my family.

I know my email, call logs, texts are being looked at. Carey and cronies have reached out to my friends, family and their employers who work in law enforcement to try and paint me as a criminal. They can look and won't find anything unless they plant it on me again.-

4.My understanding is Silva and Carey are working on another plan to have me arrested or killed in NJ or Georgia. I have 2 kids living 800 miles apart because Silva must've thought she was in love with me to be this angry. Silva is telling everyone I couldn't take care of my kids financially but she's the one on multiple marriages picking up men on the internet (I'm the only one) and go home and kiss her husband on the mouth afterwards.

7 of 11

5. Silva sent a void custody order to Georgia even though no one filed a motion to hide her violating my rights in NJ. Silva and Carey have been contacting Georgia to paint a false narrative to get these guys riled up.

6. I've been trying to retain an attorney for this civil rights violation lawsuit but Silva and Carey contact, slander my name and bully members of the bar from representing me. Carey has his friends listening in on my calls for quite a while now so they know who the lawyers that I've spoken with and what was said. Silva, Carey and company bullied who Gerry Skey (who screwed me in court) into attorney malpractice, Emily Gosnell represented me well but the bullying by Pincus, Kirsch and the Carey's office was rampant. Members of the bar are helping Silva cover her tracks to the detriment of my kids physical and emotional health.

7. Both kids continue to have nightmares seeing their father in handcuffs. Silva also had me in chain and shackles on September 3, 2015 (this was caught on camera) and bought to her chambers in front of all her staff.

8. Andrew Charles Carey is a racist and his behavior is being condoned by those that think like him. I was at WAWA (between Monroe and Freehold) and was walking to the bathroom. Out the corner of my right eye I heard someone yell "NO" and dove to cover up 2 kids. After I was finished I came out the bathroom and saw Carey along with his wife who was clearly embarrassed by his behavior with his 2 kids. I walked out because if this is what his family taught him to then that's on him. Since I'm a father with 2 kids that changed diapers and Rivas, Stahl, Silva, Pincus, Paone, Kirsch, and number of his subordinates know me directly or know of me indirectly they would know I would never harm anyone let alone a 3, 4 year old child. There are cameras inside WAWA and Kelly (Carey's wife was embarrassed because she's from a better class of people).

9. On December 24th, 2017 I went to a Chargers game with my son and his friend. I go to the bathroom and Carey was there. He walked up to me and laughed and said, "You're lucky you weren't home when I sent the cops to your house." Carey then poked me in the chest and told me I need to leave NJ obviously for my safety and the safety of my son.

10. Carey had my son followed home from work on multiple occasions by Plainsboro PD. Andrew Carey sent Plainsboro PD to my house between 10-11PM looking for me. My son was home alone sleeping getting ready to go to school. One of the cops had inappropriate contact with my son while the other laughed with his hand on his gun. This Blue ISIS told my son if you tell anyone the same thing that happened to Diahlo Grant, Tamir Rice, etc. will happen to you. Since Plainsboro PD have body cameras and all police cars have GPS I requested the video and names of the 2 officers under FOIA Carey denied them. Carey will probably send out doctored videos to cover his track and to slander me.

Andrew Carey had cops harassing my son on school property. Making monkey noises when he walks by, asking him if he wants a banana, calling him an "N" to harass me indirectly. This harassment has caused my son to miss too many days in school and put his future in jeopardy.

Since 2013 or 2014 this mugshot with my social has been floating around and the prosecutor's office, Sheriff's office, Criminal Court, Family Court in Middlesex County has and continue to violate my 4th, 5th, 9th amendment right.

Carey and Silva can have someone create a backdoor on my computer and dump files or create some outgoing traffic from my IP address and none would be the wiser. Silva and Carey are trying to frame me again or have me killed so they can plant a gun on me and say at 46 I ran and reached for a random person door and shot at the cops like Diahlo Grant.

The only way I will be arrested is if Carey and Silva have their friends and colleagues frame me for something I didn't do again. Carey and Silva have put a hit out on me since I've uncovered their illegal behavior. I've seen so-called undercover cops eyeing me, my mother has seen it, my son has seen it, etc.

Carey and Silva can lie and have friends investigate me all they want but the facts are clear both have violated their oath, broken multiple laws and should be in cuffs.

My son, my mother and myself want our day in court so the truth can be on the record. I've filed a police report and Plainsboro PD is covering up for their boss.

All of Middlesex County knew Carey had my picture on a fake mugshot including his colleagues that were in Pincus's court room on multiple occasions thinking I was going to take a plea for a crime I didn't commit. (Judge Debra Vezenia, Judge Alberto Rivas, Judge Robert Kirsch, Judge Joseph Paone, Judge Linda Mirelles Walsh, Linda Lang Infusino, Ryan Tighe, Attorney Kevin Walsh, Judges from Essex & Union County, Federal Courts, private attorneys , etc.) all knew what Carey was doing but showed up in Pincus's courtroom to celebrate another innocent person being framed by Carey and Silva.

### RONALD RIOS & DEBRA VEZENIA

I filed a complaint with Rios in 2014 about Andrew Carey in 2014 when he berated me on the phone about Tristate Motor Group. Failed to supervise Andrew Carey and allowed him to run roughshod over my rights. Under Ronald Rios watch Carey and Silva are trying to have arrested on fake charges (with fabricated evidence) or have me murdered by law enforcement because I've uncovered Carey using a fake mugshot to get a judge to sign a wiretap on my phone. A CEO is responsible for the actions of his subordinates

### DEBRA VEZENIA

I filed multiple complaints against Silva for violating my rights. Debra Vezenia instead was in Pincus's courtroom waiting for me to take a plea for something I didn't do. I'm sure everyone noticed the original mugshot the kid looked nothing like me but everyone said nothing.

### LINDA LANG INFUSINO

I was fingerprinted by Linda after she showed me a mugshot seeing it looked nothing like me. Linda knew Carey was behind this because her last comment to me was, "Mr. Neptune thinks everyone is out to get him."

## 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States

*If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.*

I filed the original complaint in US DISTRICT COURT and Freda Wolfson happened to be assigned this case.

Freda Wolfson graduated from Rutgers one year before Diane Pincus and I saw her husband (Douglas Wolfson) in Pincus's courtroom. Carey and friends listen in on my phone calls, threaten any lawyer I talk to so I can be discouraged or file Pro-se. Since I'm not a member of the bar and don't know the law or procedures the courts can dismiss my complaint, Carey can continue to violate my rights and continue their gang stalking unimpeded.

I'm requesting the following below from the courts:

A: Void Silva's custody order due to the fact Silva had no jurisdiction to hear this case. Due Process was clearly violated, so No jurisdiction means her orders are void ab initio. In the interest of justice issue an order to void Silva's order.

10 of 11

B: I'm asking the courts to file an injunctive relief against Andrew Carey and Middlesex County to cease all forms of harassment or gangstalking. Any further behavior of harassment or gangstalking will result in a fine of $250,000 first time, $500,000 second time and $1,000,000 each consecutive incident thereafter. I'm also requesting the courts to contact the appropriate authorities. I file a criminal complaint against Andrew Carey and his friends are conspiring to help him cover up his criminal behavior.

C: Requesting Damages of $11,870,000 plus punitive damages. Please see below how I came up with that total.

*I WAS THE LEAD SALESPERSON/PROJECT MANAGER FOR A JEWISH MUSEUM IN NJ AND 2 MONTHS AFTER THE CHARGES WERE DROPPED I WAS LET GO. THE AD BELOW WAS ACTUAL JOB DESCRIPTION AND COMPENSATION. THE GANG WORKED BEHIND THE SCENES TO CONTINUE THEIR HARASSMENT AND EVERYONE IS LOOKING THE OTHER WAY OR HELPING SILVA AND CAREY COVER THEIR TRACKS. I WAS GOING TO RETIRE AT 68.*

https://www.indeed.com/viewjob?jk=9b8e7fab9d92f7d6&tk=1cnk5c4hj0g7b0lb&from=serp&vjs=3

We utilize the finest equipment to image 4c/p+w on roll and rigid materials. Responsibilities will include maintaining existing accounts (10%) and generating new business (90%) through traditional selling techniques. We offer an extensive compensation package, which includes a guaranteed draw vs. commission, (capped at $400,000). Draw of $40,000 - $65,000 is based on experience. 100% expenses, company car (after 6 mos.) and 401k are also included in the compensation package.

General Damages

intentional infliction of severe emotional distress, mental suffering, Mental anguish, Depression, Fright, Anxiety, Grief, Humiliation, Embarrassment, PTSD, Loss of enjoyment of Life.

| | |
|---|---:|
| General Damages at $1500 daily May 2014 till May 2018. 1,580 days total damages | **$2,370,000** |
| loss of wages & earning capacity Target Settlement | **$9,500,000** |
| Total | **$11,870,000** |

## THE MAILING ADDRESS OF THE PARTIES TO THIS ACTION ARE:

**Andrew Carey**

6 Jillian CT

Monroe, NJ 08832

**Linda Lang Infusino**

755 Shore Dr

South Amboy, NJ 08879

**Marcia Silva**

11 Jackson ST

South River, NJ 08882

**Diane Pincus**

52 Hidden Lake Dr

N Brunswick, NJ 08902

**Mildred Scott**

701 Livingston Ave

New Brunswick, NJ 08901

Middlesex County Sheriff Office

**Ronald Rios**

County Administration Building

1st Floor

75 Bayard Street

New Brunswick, NJ 08901

**Thomas Kelso**

KELSO & BURGESS

132 HAMILTON STREET

P.O. BOX 1208

NEW BRUNSWICK, NEW JERSEY 08903